IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-00448-FL

| | |
|---|---|
| DORIAN BOOTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR PAYMENT OF |
| ) | ATTORNEY FEES UNDER THE |
| KILOLO KIJAKAZI, ) | EQUAL ACCESS TO JUSTICE ACT |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $10,000.00, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $402.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Jonathan P. Miller, and mailed to his office at 1213 Culbreth Drive, Wilmington, North Carolina 28405, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 12th day of September, 2023

_____
LOUISE W. FLANAGAN
United States District Judge