UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DORAN S. BOOTHE ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:23-CV-448-FL |
| KILOLO KIJAKAZI, Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 12, 2023, it is ordered that defendant pay to plaintiff $10,000.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, plus reimbursement of $402.00 in costs for the filing fees from the Treasury Judgment Fund.

**This Judgment Filed and Entered on September 12, 2023, and Copies To:**
Jonathan P. Miller  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

September 12, 2023                PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk